The State, ex rel. First National Bank of Toledo, Appellee, *v.* Board of Education of Sylvania City School District, Appellant.

(No. 40006—Decided October 26, 1966.)

*Messrs. Marshall, Melhorn, Bloch & Belt* and *Mr. Lynn H. Gressley,* for appellee.

*Messrs. Cline, Bischoff & Cook,* for appellant.

*Per Curiam.* The judgment is affirmed for the reasons stated in the opinion of the Court of Appeals reported in 4 Ohio App. 2d 258.

*Judgment affirmed.*

Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.